KAPLAN v. CITY OF WINSTON-SALEM

No. 27.

Reported: 286 N.C. 80.

Petition by defendant to rehear denied 27 December 1974.

STATE v. LITTLE

No. 54.

Reported: 286 N.C. 185.

Petition by defendant to rehear denied 10 January 1975.